# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wilson, Terrance L. | Northern District of Oklahoma | 08/24/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (FT) | ☐ Nomination  Date<br>☐ Initial  ☐ Annual  ☑ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>04/16/2017 |

**7. Chambers or Office Address**

333 W. 4th Street, Room 411
Tulsa, Ok 74103-3704

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Advisory Board Member | Crosstown Learning Center |
| 2. | Sr. Vice President, General Counsel and Chief Compliance Officer | The Williams Companies, Inc. - effective 4/17/17 |
| 3. | Steering Committee | The Williams Companies, Inc. Political Action Committee (subsidiary of The Williams Companies, Inc.) - effective 5/4/17 |
| 4. | Sr. Vice President and General Counsel | WPZ GP LLC (subsidiary of The Williams Companies, Inc.) - effective 4/17/17 |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2017 | Terrance L. Wilson and The Williams Companies, Inc., full-time employment starting 4/17/2017 |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Wilson, Terrance L.. | 08/24/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Terrance L.. | 08/24/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Terrance L.. | 08/24/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AT&T stock (T) | A | Dividend | J | T | | | | | |
| 2. Bank of America stock (BAC) | A | Dividend | J | T | | | | | |
| 3. Comcast Corp. stock (CMCSA) | A | Dividend | J | T | | | | | |
| 4. ExxonMobil stock (XOM) | B | Dividend | K | T | Buy (add'l) | 01/15/16 | J | | |
| 5. | | | | | Buy (add'l) | 02/02/16 | J | | |
| 6. | | | | | Buy (add'l) | 03/02/16 | J | | |
| 7. | | | | | Buy (add'l) | 04/04/16 | J | | |
| 8. | | | | | Buy (add'l) | 05/03/16 | J | | |
| 9. | | | | | Buy (add'l) | 06/02/16 | J | | |
| 10. | | | | | Buy (add'l) | 07/05/16 | J | | |
| 11. | | | | | Buy (add'l) | 08/02/16 | J | | |
| 12. | | | | | Buy (add'l) | 09/02/16 | J | | |
| 13. | | | | | Buy (add'l) | 10/04/16 | J | | |
| 14. | | | | | Buy (add'l) | 11/02/16 | J | | |
| 15. | | | | | Buy (add'l) | 12/02/16 | J | | |
| 16. | | | | | Buy (add'l) | 01/04/17 | J | | |
| 17. | | | | | Buy (add'l) | 02/02/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Terrance L.. | 08/24/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 03/02/17 | J | | |
| 19. | | | | | Buy (add'l) | 04/04/17 | J | | |
| 20. IBM stock (IBM) | D | Dividend | M | T | | | | | |
| 21. Oracle stock (ORCL) | A | Dividend | K | T | | | | | |
| 22. Okla Central Credit Union - cash accounts | A | Interest | K | T | | | | | |
| 23. IBM large company stock index fund | | None | K | T | | | | | |
| 24. IBM small company stock index fund | | None | K | T | | | | | |
| 25. Northwestern Mut Life Ins comp/life policy - 7093 Term/Whole life | D | Dividend | L | T | | | | | |
| 26. Northwestern Mutual Whole Life Insurance policy - 7245 | A | Dividend | J | T | | | | | |
| 27. Northwestern Mutual Life Whole Life Insurance policy - 7169 | A | Dividend | J | T | | | | | |
| 28. Northwestern Mutual Life Ins Whole Life policy - 7143 | A | Dividend | J | T | | | | | |
| 29. Northwestern Mutual Life Whole Life Insurance policy cash value - 0692 | A | Dividend | J | T | | | | | |
| 30. Northwestern Mut Life Ins Whole Life 65 life policy cash value - 0635 | B | Dividend | K | T | | | | | |
| 31. American Funds: Capital World Growth and Income Fund - CWGIX | D | Dividend | N | T | Buy (add'l) | 04/05/17 | J | | |
| 32. American Funds: Fundamental Investors - ANCFX | B | Dividend | K | T | | | | | |
| 33. American Funds: Growth Fund of America - AGTHX | E | Dividend | N | T | Sold (part) | 03/28/16 | J | A | |
| 34. | | | | | Sold (part) | 03/28/16 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Terrance L.. | 08/24/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 12/13/16 | J | A | |
| 36. | | | | | Sold (part) | 12/13/16 | J | A | |
| 37. | | | | | Buy (add'l) | 04/05/17 | J | | |
| 38. | | | | | Buy (add'l) | 04/12/17 | J | | |
| 39. | | | | | Buy (add'l) | 04/12/17 | J | | |
| 40. American Funds: American Mutual Fund - AMRMX | D | Dividend | N | T | Sold (part) | 03/28/16 | J | A | |
| 41. | | | | | Sold (part) | 03/28/16 | J | A | |
| 42. | | | | | Sold (part) | 12/09/16 | J | A | |
| 43. | | | | | Sold (part) | 12/13/16 | J | A | |
| 44. | | | | | Sold (part) | 12/13/16 | J | A | |
| 45. | | | | | Buy (add'l) | 04/05/17 | J | | |
| 46. American Funds: Smallcap World Fund-A - SMCWX | A | Dividend | N | T | Sold (part) | 03/28/16 | J | A | |
| 47. | | | | | Sold (part) | 03/28/16 | J | A | |
| 48. | | | | | Sold (part) | 12/13/16 | J | A | |
| 49. | | | | | Sold (part) | 12/13/16 | J | A | |
| 50. | | | | | Buy (add'l) | 04/05/17 | J | | |
| 51. American Funds: New Perspective Fund-A - ANWPX | D | Dividend | N | T | Buy (add'l) | 03/28/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Terrance L. | 08/24/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 04/05/17 | J | | |
| 53. American Funds: The Income Fund of America Class A - AMECX | A | Dividend | J | T | Sold (part) | 03/28/16 | J | A | |
| 54. | | | | | Sold (part) | 03/28/16 | J | A | |
| 55. | | | | | Sold (part) | 12/13/16 | J | A | |
| 56. | | | | | Sold (part) | 12/13/16 | J | A | |
| 57. Putnam: International Growth Fund - PINOX | A | Dividend | | | Sold | 04/03/17 | J | A | |
| 58. Putnam: Multi Cap Growth CL A - PNOPX (reported as PINOX on 2015 rpt) | | None | | | Sold | 04/03/17 | J | A | |
| 59. American Funds: Developing World Growth and Income Fund - DWGAX (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Wilson, Terrance L.. | 08/24/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line #53 on my 2016 report (2015 activity) should have been listed as "Putnam - PNOPX" instead of "Putman - PINOX". That investment is correctly listed on line #58 in this report. Line #52 on my 2016 report was correctly listed as "Putnam - PINOX".

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Terrance L.. | 08/24/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Terrance L. Wilson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544